IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 1 R3435476-77

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Tricia Dye,

    Defendant.

___

NOTICE OF FUTURE COURT DATE

___

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___ Initial Appearance    X Arraignment    ___ Sentencing    ___ Status

___ Administrative Review    ___ Show Proof    ___ Other (_____)

The location, date and time set for the hearing is:

___ 212 N. Wahsatch, Suite 101      ___ 901 19th Street, Rm. A-105      X 1929 Stout St. MJ TAfoya
   Colorado Springs, CO 80903           Denver, CO 80294                Denver, CO 80294

Appearance date: 02/10/2012, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
    Deputy Clerk

___

I hereby acknowledge that I have received a copy of this Notice:

Dated: 1/13/2012        Name: Tricia Dye

                        Address: _____

Phone: _____

Revised 3/17/09