# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| | (For a Petty Offense) — Short Form |
| v. | CITATION NUMBER:12-CR-171-REB |
| TRICIA DYE | FPD EDWARD HARRIS |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 2 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 18 USC § 13; C.R.S. § 42-2-138(1)(a) | DRIVING UNDER RESTRAINT | 09/10/2011 | 2 |

Defendant sentenced to 12 months unsupervised probation; a petty theft class through the National Corrective Training Institute; 16 hours community service; and a fine of $500/10/25 to be paid by 06/08/2012. The Government agrees to defer prosecution of the charge of Theft for the 12 month period as long as all conditions of the plea agreement are met. The defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
| --- | --- | --- | --- |
| **Total:** | $10.00 | $ 500.00 | $25.00 |

06/08/2012
Date of Imposition of Judgment

Signature of Judicial Officer

Kristen L. Mix, U.S. Magistrate Judge
Name & Title of Judicial Officer

6/11/12
Date